IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SALES AUTOMATION SUPPORT, INC.,

    Plaintiff,

v.

MIR MAQBOOL ALAM KHAN and
NAPEAN LLC,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-516-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered GRANTING defendants Mir Maqbool Alam Khan and Napean LLC's motion to dismiss for lack of personal jurisdiction. This case is DISMISSED WITHOUT PREJUDICE to plaintiff's refiling it in another district.

_____
Peter Oppeneer, Clerk of Court

12/18/08
Date